IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00629-BNB

NICK L. THURMOND,

    Plaintiff,

v.

CLYDE M. DICK, D.D.S.,

    Defendant.

ORDER TO SHOW CAUSE

    Plaintiff, Nick L. Thurmond, is a prisoner in the custody of the Alaska Department of Corrections at a state prison in Seward, Alaska.  Mr. Thurmond initiated this action by filing *pro se* in the United States District Court for the District of Alaska a civil rights complaint.  In an order entered on March 6, 2012, the District of Alaska transferred the action to this court.

    On May 16, 2012, Mr. Thurmond was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action.  Pursuant to § 1915(b)(1), Mr. Thurmond was directed to pay the entire $350.00 filing fee and he was ordered to pay an initial partial filing fee of $35.00.  Pursuant to § 1915(b)(2), Mr. Thurmond was ordered to make monthly installment payments until the $350.00 filing fee was paid in full.  Mr. Thurmond was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make a monthly payment.  In order to show cause, Mr. Thurmond was directed to file a current certified

copy of his inmate trust fund account statement.  Mr. Thurmond was warned that a failure to comply with the requirements of § 1915(b)(2) could result in the dismissal of this action without further notice.

On May 25, 2012, Mr. Thurmond paid the initial partial filing fee.  However, he has failed to make any additional monthly filing fee payments since that time. Therefore, Mr. Thurmond will be ordered to show cause why this action should not be dismissed for failure to comply with the court's May 16 order and the requirements of § 1915(b)(2).  In order to show good cause, Mr. Thurmond must submit a certified copy of his inmate trust fund account statement for the period from May through July 2012 and, if he was required to make a filing fee payment in any of those months, he also must make the required monthly filing fee payments.  Accordingly, it is

ORDERED that Mr. Thurmond shall have **twenty-one days from the date of this Order** to show cause why this action should not be dismissed for the reasons stated in the order.  It is

FURTHER ORDERED that if Mr. Thurmond fails to show good cause within the time allowed, the action will be dismissed without further notice.

DATED August 7, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge