IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00629-BNB

NICK L. THURMOND,

    Plaintiff,

v.

CLYDE M. DICK, D.D.S.,

    Defendant.

---

ORDER TO DISCHARGE SHOW-CAUSE ORDER

---

    Plaintiff, Nick L. Thurmond, is a prisoner in the custody of the Alaska Department of Corrections at a state prison in Seward, Alaska. On August 7, 2012, the court ordered Mr. Thurmond to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of 28 U.S.C. § 1915(b)(2). Mr. Thurmond specifically was advised that, in order to show good cause, he must submit a certified copy of his inmate trust fund account statement for the period from May through July 2012 and, if he was required to make a filing fee payment in any of those months, he also must make the required monthly filing fee payment(s).

    On August 24, 2012, Mr. Thurmond paid the balance of the filing fee for this action. Therefore, the show cause order will be discharged. Accordingly, it is

    ORDERED that the court's Order to Show Cause (ECF No. 21) filed in this action on August 7, 2012, is discharged.

DATED September 4, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge