IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00629-REB-KLM

NICK L. THURMOND,

    Plaintiff,

v.

CLYDE M. DICK, D.D.S.,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Response to Order to Show Cause** [Docket No. 36; Filed November 19, 2012] (the "Response"). The Court issued an Order to Show Cause [#35] on October 31, 2012 because the one named Defendant in this action, Clyde M. Dick, D.D.S., has not been served with the Summons and Second Amended Complaint [#19]. Plaintiff was directed to file proof of service, or respond to the Order to Show Cause on or before November 21, 2012. [#35] at 2.

    Plaintiff explains in the Response that on or about October 30, 2012, he was transferred from Spring Creek Correctional Center to Goose Creek Correctional Center, both in Alaska. [#36] at 1. As of the date he submitted the Response, Plaintiff had not yet received any of his property, including legal materials, from the old facility. *id.* Additionally, he has not yet been able to set up an account with the prison phone service provider that would allow him to contact people outside the prison. *Id.* Plaintiff therefore requests an extension of 60 days so he can obtain Defendant's mailing address and provide it to the

Court.

Fed. R. Civ. P. 4(m) provides that if the plaintiff shows good cause for the failure to serve a defendant within 120 days, "the court must extend the time for service for an appropriate period." Plaintiff filed the Second Amended Complaint on August 2, 2012. [#19]. Thus, the 120-day time limit for service of process expires on November 30, 2012. Plaintiff seeks an extension until January 18, 2013 to provide a valid address to the Court.

Based on the foregoing, the Court finds that Plaintiff has shown good cause for failing to effect service upon Defendant Dick within the time limit provided by Fed. R. Civ. P. 4(m). Accordingly,

IT IS HEREBY **ORDERED** that on or before **January 18, 2013**, Plaintiff shall submit to the Clerk of Court a service address for Defendant, upon which the address will be forwarded to the United States Marshal to effect service of process.

IT IS FURTHER **ORDERED** that if Plaintiff fails to provide a service address for Defendant by the date indicated, the Court will recommend that this matter be dismissed for failure to comply with Fed. R. Civ. P. 4(m).

Dated: November 29, 2012

BY THE COURT:

*[signature: Kristen L. Mix]*

Kristen L. Mix
United States Magistrate Judge
