**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   12-cv-00629-REB-KMT

NICK L. THURMOND,

      Plaintiff,

v.

CLYDE M. DICK, D.D.S.,

      Defendant.

---

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before is the recommendation contained within the **Order and

Recommendation of United States Magistrate Judge** [#44],[1] filed March 11, 2013.

No objections having been filed to the recommendation, I review it only for plain error.

***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116,

1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended

disposition, I find and conclude that the recommendation should be approved and

adopted.

---

    [1]  "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

    [2]  This standard pertains even though plaintiff is proceeding *pro se* in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1.  That the recommendation contained within the **Order and Recommendation of United States Magistrate Judge** [#44], filed March 11, 2013, is **APPROVED AND ADOPTED** as orders of this court; and

2.  That this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) for failure to effectuate timely service of process.

Dated April 8, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge