**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   12-cv-00629-REB-KMT

NICK L. THURMOND,

     Plaintiff,

v.

CLYDE M. DICK, D.D.S.,

     Defendant.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before is the **Recommendation of United States Magistrate Judge** [#48],[1] filed September 6, 2013.  No objections having been filed to the recommendation, I review it only for plain error.  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

     **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

1.  That the **Recommendation of United States Magistrate Judge** [#48], filed September 6, 2013, is **APPROVED AND ADOPTED** as an order of this court; and

2.  That plaintiff's **Motion To Reverse 4/8/13 Order To Dismiss Without Prejudice; and Inform the Court of Service** [#46], filed August 9, 2013, is **DENIED**.

Dated September 26, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge