**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00629-REB-KLM

NICK L. THURMOND,

     Plaintiff,

v.

CLYDE M. DICK, D.D.S.,

     Defendant.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a), orders entered previously in this case, and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#45] entered by Judge Robert E. Blackburn on April 8, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the recommendation contained within the Order and Recommendation of United States Magistrate Judge [#44], filed March 11, 2013, is APPROVED AND ADOPTED as orders of this court; and

2. That this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) for failure to effectuate timely service of process.

By operation of Fed. R. Civ. P. 58(c)(2)(B), judgment was effectively entered in this matter as of Sept. 5, 2013, 150 days after the date of entry of the final order of April 8, 2013.  This final judgment separate document is being entered to close the case for the docket record.

DATED at Denver, Colorado, this 2nd  day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
        Edward P. Butler
        Deputy Clerk